## ENTERPRISE LUMBER CO. V. ATLANTIC C. L. RY. CO.

(Decided June 9, 1910.)

APPEAL from Houston Circuit Court.

Heard before Hon. H. A. PEARCE.

TROY, WATTS & LETCHER, for appellant.  R. P. COLE-
MAN, and JOHN R. TYSON, for appellee.

Per curiam.   Appeal dismissed on the authority of
*Wagnon v. Keenan,* 77 Ala. 519.